United States District Court
Southern District of Texas
**ENTERED**
July 08, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:20-CV-106 |
| | § | |
| 0.35 ACRES OF LAND, MORE OR LESS, *et al*, | § § § | |
| | § | |
| Defendants. | § | |

**NOTICE OF RESCHEDULING OF INITIAL PRETRIAL CONFERENCE**

The Initial Pretrial Conference (previously set for July 8, 2020) is hereby reset for September 10, 2020, at 9:00 a.m. before the Honorable Randy Crane, in the 9th Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83, in McAllen, Texas.

SO ORDERED this 8th day of July, 2020, at McAllen, Texas.

_____
Randy Crane
United States District Judge