IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO.: 7:20-CV-106 |
| 0.35 ACRES OF LAND, MORE OR LESS, SITUATE IN HIDALGO COUNTY, STATE OF TEXAS, AND LUZ ELENA MUNIZ | § § § § § § | |
| *Defendant.* | § | |

**JOINT STIPULATION OF DISMISSAL UNDER FED. R. CIV. P. 71.1(i)(1)(B)**

Plaintiff and Defendants file this stipulation of dismissal under Fed. R. Civ. P. 71.1 (i)(l)(B).

## I.   INTRODUCTION

1. Plaintiff is the United States of America ("Plaintiff"); named interested party (*See* Schedule G of the Declaration of Taking at Docket No. 2) and property owner is Luz Elena Muniz, and the purported tenant of the property is Hilaria Muniz, who made an appearance by filing an Answer to the Unites States Complaint in Condemnation and Declaration of Taking on June 15, 2020, (Docket No. 6) ("Defendants").

2. On April 21, 2020, Plaintiff filed a Declaration of Taking and Complaint in Condemnation for a twelve (12) month temporary easement for real property identified as Tract No. RGV-MCS-1217 (hereinafter referred to as the "Property"). (Docket No. 1 and 2). The interest and property are more particularly described in Schedules "C", "D", and "E" of the Declaration (Docket No. 2).

## II. DISMISSAL

3. No judgment has been entered nor possession vested in the United States.

4. No amount of estimated just compensation has been deposited into the Registry of the Court. Therefore, title has not vested in the United States.

5. The Plaintiff and the Defendants pursuant to Fed. R. Civ. P. 71.1(i)(1)(B), jointly stipulate to the dismissal of this case, all claims and counterclaims, without prejudice, each party to bear their own cost.

6. The parties request the Clerk close the case.

| FOR DEFENDANT: | FOR PLAINTIFF: |
|---|---|
| | RYAN K. PATRICK<br>United States Attorney<br>Southern District of Texas |
| *s/Peter McGraw* **(by permission)**<br>**PETER McGRAW**<br>Attorney for Hilaria Muniz<br>Texas RioGrande Legal Aid, Inc.<br>State Bar No. 24081036<br>S.D. Tex. No. 2148236<br>1206 East Van Buren St.<br>Brownsville, Texas 78520<br>Phone: (956) 982-5543<br>Fax: (956) 541-1410<br>pmcgraw@trla.org | By: *s/Manuel Muniz Lorenzi*<br>**MANUEL MUNIZ-LORENZI**<br>Assistant United States Attorney<br>Attorney-in-Charge<br>Southern District of Texas No.<br>3381592 Puerto Rico Bar No. 21246<br>United States Attorney's Office<br>Southern District of Texas<br>1701 W. Bus. Highway 83, Suite 600<br>McAllen, TX 78501<br>Telephone: (956) 992-9435 Facsimile: (956) 618-8016<br>E-mail: Manuel.Muniz.Lorenzi@usdoj.gov |
| *s/Luz Elena Muniz* **(by permission)**<br>**LUZ ELENA MUNIZ** | |

## CERTIFICATE OF SERVICE

I, Manuel Muniz Lorenzi, Assistant United States Attorney for the Southern District of Texas, do hereby certify on July 29, 2020, that a true and correct copy of the foregoing document will be mailed to the all parties for whom the United States has contact information.

By:   *s/Manuel Muniz Lorenzi*
      **MANUEL MUNIZ LORENZI**